UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LFR COLLECTIONS LLC,

      Plaintiff,

v.                                        Case No.: 8:11-cv-1117-T-24 EAJ

PHILLIP H. TAYLOR,
M.D., J.D., P.A., et al.,

      Defendants.

_____/

**ORDER**

This cause comes before the Court on Plaintiff's Motion to Extend the Dispositive Motion Deadline and for an Order Directing Defendants to Provide a Status on their Bankruptcy Filing. (Doc. No. 48).

Plaintiff moves to extend the dispositive motion deadline from May 1, 2012 to June 1, 2012, because Defendant Taylor stated on March 15, 2012 that he intended to file for bankruptcy within 30 days. Thus, Plaintiff does not want to expend the resources to draft a summary judgment motion if Defendant Taylor is going to file for bankruptcy, which would result in an automatic stay of Plaintiff's claims against him. However, it does not appear that Defendant Taylor has filed for bankruptcy, and according to Plaintiff, Defendant Taylor (who is proceeding pro se) will no longer communicate with Plaintiff about this case. In addition, Defendant Taylor's phone line has been disconnected.

Upon consideration, the Court agrees that the dispositive motion deadline should be extended to June 1, 2012, so that Plaintiff does not have to expend resources drafting a summary judgment motion if Defendant Taylor is going to file for bankruptcy. Furthermore, the Court

directs Defendants to file a notice by May 11, 2012 that informs the Court as to whether either of them intends to file for bankruptcy. If Defendants fail to timely respond to this order, the Court will entertain a motion for entry of default against them.

Accordingly, it is ORDERED AND ADJUDGED that:

(1) Plaintiff's Motion to Extend the Dispositive Motion Deadline and for an Order Directing Defendants to Provide a Status on their Bankruptcy Filing (Doc. No. 48) is **GRANTED**.

(2) The dispositive motion deadline is extended to June 1, 2012, the pretrial conference is moved to September 13, 2012, and the trial is moved to the Court's October trial calendar. The Court will issue an amended scheduling order reflecting these dates.

(3) Defendants are directed to file a notice by May 11, 2012 that informs the Court as to whether either of them intends to file for bankruptcy. If either (or both) of the defendants intends to file for bankruptcy, they must state in the notice when they anticipate filing the bankruptcy petition(s).

(4) If Defendants fail to timely respond to this order, the Court will entertain a motion for entry of default against them.

**DONE AND ORDERED** at Tampa, Florida, this 26th day of April, 2012.

Copies to: All Parties & Counsel of Record

SUSAN C. BUCKLEW
United States District Judge