UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LFR COLLECTIONS LLC,

    Plaintiff,

v.   Case No. 8:11-cv-1117-T-24 EAJ

PHILLIP H. TAYLOR, M.D., J.D.,
P.A., and PHILIP TAYLOR,

    Defendants.
_____/

## ORDER

This cause comes before the Court on Plaintiff's Motion for Entry of Default. (Doc. No. 51). As explained below, the motion is granted.

Plaintiff filed suit against Defendants, and initially, Defendants participated in this lawsuit. However, as of January 2012, Defendants failed to comply with Court orders. First, Defendants failed to respond to a motion to dismiss their counterclaim, despite the Court's order to show cause. (Doc. No. 43, 44). Second, Defendants unilaterally cancelled Court-ordered mediation, informing the mediator and Plaintiff that they intended to file for bankruptcy within 30 days. Third, Defendant failed to respond to this Court's order directing them to file a notice by May 11, 2012 that informs the Court as to whether either of them intended to file for bankruptcy, and if so, when they anticipated filing the bankruptcy petition(s). (Doc. No. 49). Additionally, the Court warned Defendants that if they failed to timely respond to the Court's order regarding their plan to file for bankruptcy, the Court would entertain a motion for entry of default against them. (Doc. No. 49).

Due to Defendants' failure to defend in this lawsuit, Plaintiff filed the instant motion for

entry of default. The Court agrees that Defendants' failure to respond to Court orders and their unilateral cancellation of mediation shows that entry of default is warranted. Accordingly, it is ORDERED AND ADJUDGED that Plaintiff's Motion for Entry of Default (Doc. No. 51) is **GRANTED**, and the Clerk is directed to enter default against both Defendants.

    **DONE AND ORDERED** at Tampa, Florida, this 23rd day of May, 2012.

                                                        SUSAN C. BUCKLEW
                                                        United States District Judge

Copies to:
Counsel of Record