UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LFR COLLECTIONS LLC,

        Plaintiff,

v.                                       Case No. 8:11-cv-1117-T-24 EAJ

PHILLIP H. TAYLOR, M.D., J.D.,
P.A., and PHILIP TAYLOR,

        Defendants.
_____/

## **ORDER**

This cause comes before the Court on Plaintiff's Motion for Default Judgment. (Doc. No. 55). As explained below, the motion is granted.

Defendant Philip J. Taylor, M.D., J.D., P.A. ("Law Firm") borrowed money on a revolving line of credit, and the loan is evidenced by several documents: (1) Revolving Credit Note dated March 27, 2007, (2) Credit Agreement dated March 27, 2007, (3) Security Agreement dated March 27, 2007, (4) UCC-1 Financing Statement dated March 30, 2007, (5) Amendment No. 1 to Credit Agreement dated November 2008, (6) Amended and Restated Revolving Credit Note dated November 2008, and (7) Amendment No. 2 to Credit Agreement dated March 2009. (Doc. No. 1, Exs. A, B, C, D, F, H, I; Doc. No. 62). Defendant Philip Taylor guaranteed the loan. (Doc. No. 1, Exs. E, G, J). Plaintiff LFR Collections LLC, through a series of transactions, now holds the right, title, and interest to collect all sums due under the credit agreement, security agreement, and guaranty agreement. (Doc. No. 59: Servidea declaration).

Plaintiff filed suit against Defendants to collect on the loan. Specifically, Plaintiff asserts four claims in its amended complaint: (1) breach of contract against the Law Firm, (2) unjust

enrichment against the Law Firm, (3) replevin of collateral against the Law Firm, and (4) breach of guaranty agreement against Philip Taylor. (Doc. No. 22). Defendants initially appeared and defended against Plaintiff's claims, but eventually, Defendants stopped participating in this lawsuit. As a result, default was entered against both defendants on June 8, 2012. (Doc. No. 53, 54). Thereafter, Plaintiff filed the instant motion for default judgment.

In the instant motion for default judgment, Plaintiff states that as of June 12, 2012, the amount that the Law Firm owes, and which Philip Taylor guaranteed, is $6,527,298.58. (Doc. No. 59, ¶ 14; Doc. No. 59, Ex. J; Doc. No. 62, Ex. B).[1] As such, Plaintiff seeks default judgment in that amount. Upon review, the Court grants Plaintiff's motion and will direct the clerk to enter default judgment in that amount.

Accordingly, it is ORDERED AND ADJUDGED that Plaintiff's Motion for Default Judgment (Doc. No. 55) is **GRANTED**. The Clerk is directed to enter judgment in favor of Plaintiff in the amount of $6,527,298.58 and to close this case.

**DONE AND ORDERED** at Tampa, Florida, this 29th day of June, 2012.

Susan C. Bucklew
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record

---

[1] Plaintiff states in footnote 3 of its motion that it submitted a CD to the Court to review, which further supports the amount being sought. The CD was not filed with the Court, and as such, the Court did not review or rely on the CD in ruling on this motion.